UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                          Chapter: 13
                                                  Case No.: 12-59295
                                                  Judge: Shefferly

**Serra, Max & Amanda**
                            Debtor(s)
_____/

### STIPULATION FOR ENTRY OF STIPULATED ORDER MODIFYING PLAN

       The undersigned hereby stipulate and agree to entry of the Stipulated Order Modifying Plan attached hereto as Exhibit "A".


/s/ David Wm. Ruskin                   /s/ Marguerite Hammerschmidt
David Wm. Ruskin, Chapter 13 Trustee     Marguerite Hammerschmidt P53908
26555 Evergreen Rd.                           Attorney for Debtors
1100 Travelers Tower                         1038 E. West Maple Rd.
Southfield, MI 48075                         Walled Lake, MI 48390
(248) 352-7755                                  (248) 988-8335
                                                 admin@hammer-stick.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Chapter: 13
Case No.: 12-59295
Judge: Shefferly

**Serra, Max & Amanda**
                          Debtor(s)
_____/

### STIPULATED ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

      A Notice of Proposed Modification to Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Trustee and the Debtor having stipulated and there is no adverse impact on any class of creditors and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

**NOW THEREFORE**;

**IT IS ORDERED THAT** the Chapter 13 Plan payments shall remain at $420.68 per bi-weekly until July 1, 2013 and then increase to $584.57 per bi-weekly and then increase to $722.79 bi-weekly as of August 1, 2014.

**IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated January 19, 2013, as last amended, shall remain in full force and effect.